Evans v. Mitchell

WILLIAM M. EVANS AND WIFE )
HILDA G. EVANS )
                        )
      v.                 )           ORDER
                        )
VESTER MITCHELL )

No. 358P85

(Filed 19 September 1985)

UPON consideration of the plaintiff's petition filed in this matter for discretionary review of the decision of the North Carolina Court of Appeals pursuant to G.S. 7A-31, plaintiff's petition is allowed for the purpose of entering the following order:

"The case is remanded to the Court of Appeals for reconsideration in light of this Court's opinion in *Oates v. Jag, Inc.,* 314 N.C. 276 (1985). By order of the Court in conference, this the 19th day of September, 1985.

                             BILLINGS, J.
                             For the Court"